Patrick J. Gilpin, Gilpin Law Firm,
Houston, TX, for Plaintiff–Appellant.

Christopher Blewer Gilbert, Bracewell
& Patterson, Houston, TX, for Defendant–
Appellee.

Before HIGGINBOTHAM, DENNIS,
and CLEMENT, Circuit Judges.

PER CURIAM.*

With the benefit of able oral argument,
we are persuaded to affirm the summary
judgment granted by the district court.
While we are persuaded that a prima facie
case was likely made, we must conclude
that there is no genuine issue of material
fact but that Jones's contract would not
have been renewed even if he had engaged
in no protected activity.

AFFIRMED.

Debra DIXON, as Guardian, on behalf
of Jonathan Leechow, Plaintiff–
Appellant,

v.

SCHOOL BOARD OF DESOTO PAR-
ISH; Ronnie Land, Individually and
as Employee, DeSoto Parish School
Board; Diane Troquille, Individually
and as Employee, DeSoto Parish
School Board; Charles Hazard, Indi-
vidually and as Employee, DeSoto
Parish School Board; Clinton Wy-
singer, Individually and as Employee,
DeSoto Parish School Board; Coregis
Insurance Co.; Walter Lee, Individu-
ally and In His Capacity as Superin-
tendent, DeSoto Parish School Board,
Defendants–Appellees.

No. 03–30990.

United States Court of Appeals,
Fifth Circuit.

May 7, 2004.

Dick Dee Knadler, Gary Evans & Asso-
ciates, Stonewall, LA, Johnny Dee Kna-
dler, San Francisco, CA, for Plaintiff–Ap-
pellant.

Robert Kennedy, Jr., Cook, Yancey,
King & Galloway, Shreveport, LA, for De-
fendants–Appellees.

Before HIGGINBOTHAM, DENNIS,
and CLEMENT, Circuit Judges.

* Pursuant to 5th Cir. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5th Cir.
R. 47.5.4.